UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RODERICK BOONE

    Plaintiff,

v.

LES BROWNLEE and DR. FRANCIS J. HARVEY

    Defendants

CIVIL ACTION NO.
1:03-CV-2916-ODE

## JUDGMENT IN A CIVIL CASE

    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff, RODERICK BOONE, take nothing on the complaint and that the defendants, LES BROWNLEE and DR. FRANCIS J. HARVEY, recover from the plaintiff, RODERICK BOONE, costs of this action.***************************

October 30, 2006

JAMES N. HATTEN, CLERK
By:

_Vicki C. Davis_
Deputy Clerk